CHARLES K. GRANNIS, Respondent, *v.* ADDIE L. HOBBY, Appellant.

(Argued January 24, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made February 2, 1892, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*C. D. Prescott* for appellant.

*E. D. Matthews* for respondent.

Agree to affirm on opinion of MERWIN, J., at Special Term.
All concur.
Judgment affirmed.